UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANNIE B. HARTHUN,

    Plaintiff,                                                Case No.1:07-cv-595

v.                                                          Hon. Janet T. Neff

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. No. 11), filed July 3, 2008, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED** and **REMANDED** for the reasons stated in the Report and Recommendation.

Dated: July 21, 2008                                     /s/Janet T. Neff
                                                             JANET T. NEFF
                                                             UNITED STATES DISTRICT JUDGE